MICHELLE A. CHILDERS (SBN 197064)
michelle.childers@dbr.com
MATTHEW J. ADLER (SBN 273147)
matthew.adler@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

Attorneys for Defendant
SPINAL KINETICS, INC.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 8/31/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEBASTIAN KLEINER and SILVANA KRAFTSCHIK, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPINAL KINETICS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:15-cv-02179-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiffs filed the Complaint on May 14, 2015 (Doc. 1);

WHEREAS, Defendant was served with the Complaint on August 11, 2015;

WHEREAS, the current deadline to answer or otherwise respond to the Complaint is September 1, 2015;

WHEREAS, Defendant has recently retained counsel and requires additional time to prepare its response;

WHEREAS, the parties through counsel have met and conferred and agree that, pursuant to Local Rule 6-1, Defendant's deadline to respond to the Complaint shall be extended by twenty (20) days;

WHEREAS, in accordance with this agreement, Defendant's new deadline to respond to the Complaint is September 21, 2015;

WHEREAS, the brief extension set forth herein will not alter the date of any event or any deadline already set by the Court in this action;

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel that the deadline for Defendant to respond to the Complaint is continued to and including September 21, 2015.

IT IS SO STIPULATED.

Dated: August 27, 2015                  DRINKER BIDDLE & REATH LLP

                                        By: /s/ Michelle A. Childers
                                            Michelle A. Childers
                                            Matthew J. Adler

                                        Attorneys for Defendant
                                        SPINAL KINETICS, INC.

Dated: August 27, 2015                  SPAGNOLETTI & CO.

                                        By: /s/ David S. Toy
                                            David S. Toy

                                        Attorneys for Plaintiffs
                                        SEBASTIAN KLEINER and SILVANA KRAFTSCHIK

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Michelle A. Childers, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of August, 2015 in San Francisco, California.

                                        /s/ Michelle A. Childers
                                        Michelle A. Childers