David S. Toy, Esq. (CA SBN 168368)
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone: 713 653 5600
Facsimile: 713 653 5656
Email: dtoy@spaglaw.com

Attorney for Plaintiffs,
Sebastian Kleiner and Silvana Kraftschik

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 10/9/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEBASTIAN KLEINER and SILVANA KRAFTSCHIK,<br><br>Plaintiffs,<br><br>vs.<br><br>SPINAL KINETICS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:15-cv-02179-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS BASED ON *FORUM NON CONVENIENS*** |

WHEREAS, Defendant filed a Motion to Dismiss Based on *Forum Non Conveniens* September 21, 2015 (Doc. 22);

WHEREAS, the current deadline to respond to this Motion is October 5, 2015;

WHEREAS, on October 5, 2015, Plaintiffs filed a First Amended Complaint to withdraw and remove certain claims and allegations;

WHEREAS, Defendant may amend its Motion to Dismiss Based on Forum Non Conveniens to address the withdrawal and removal of certain claims;

WHEREAS, the parties through counsel have met and conferred and agree that, pursuant to Local Rule 6-1, Plaintiffs' deadline to oppose the original or amended Motion to Dismiss

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION**

based on Forum Non Conveniens, shall be extended to October 9, 2015, and Defendant's deadline to reply to the opposition shall be October 16, 2015;

WHEREAS, the parties through counsel have met and conferred and agree that, pursuant to Local Rule 6-1, Defendant's deadline to respond to Plaintiffs' First Amended Complaint shall be October 26, 2105.

WHEREAS, the brief extensions set forth herein will not alter the date of any other event or deadline already set by the Court in this action;

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel that the deadlines for Plaintiff to oppose Defendant's Amended Motion to Dismiss Based on Forum Non Conveniens is continued to and includes October 9, 2015, Defendant's deadline to reply to the opposition is continued to and includes October 16, 2015, and Defendant's deadline to respond to Plaintiffs' First Amended Complaint is continued to and shall be October 26, 2015.

Dated:   October 5, 2015

**SPAGNOLETTI & CO.**

By:   */s/ David S. Toy*
      David S. Toy

Attorney for Plaintiffs, Sebastian Kleiner and Silvana Kraftschik

**DRINKER BIDDLE & REATH LLP**

By:   */s/ Michelle A. Childers*
Dated: October 5, 2015      Michelle A. Childers

Attorney for Defendant
Spinal Kinetics, Inc.

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, David S. Toy, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of October, 2015, in Houston, Texas.

*/s/ David S. Toy*
David S. Toy

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION**