UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEBASTIAN KLEINER, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>SPINAL KINETICS, INC.,<br><br>       Defendant. | Case No. 5:15-cv-02179-EJD<br><br>**ORDER DISMISSING CASE** |

As Defendant has now informed the court it accepts the conditions identified in the order filed on April 19, 2016 (Dkt. No. 38), the motion to dismiss on the ground of forum non-conveniens is GRANTED. Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE.

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: April 22, 2016

                                                 EDWARD J. DAVILA<br>                                                 United States District Judge